UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS E. ROARK, JOHN MORIN and DWIGHT OTIS, | : | CIVIL ACTION NO. 3:01CV02415 (AVC) |
| Plaintiffs, | : | |
| V. | : | |
| NATROL, INC. and ANDREW M. ESPOSITO, JR., | : | OCTOBER 17, 2003 |
| Defendants. | : | |

### MOTION TO AMEND ANSWER TO COUNTERCLAIM

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the plaintiffs in the above-entitled matter hereby move to amend their answer to the defendant Natrol's counterclaim. The plaintiffs are submitting herewith a proposed Amended Answer to Defendant Natrol's Counterclaim. The proposed amendment seeks to add additional affirmative defenses as a result of discovery that has been ongoing and information disclosed by way of the discovery process. In further support of this Motion, the plaintiffs also rely upon the accompanying Memorandum of Law.

WHEREFORE, the plaintiffs respectfully request that they be granted leave to amend their answer to defendant's counterclaim.

1

PLAINTIFFS,

By_____
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT  06107
Telephone No. (860) 561-2628
Federal Bar No. ct06215

## CERTIFICATION

This is to certify that on the 17th day of October, 2003, a copy of the foregoing was served upon:

Frank F. Coulom, Jr., Esquire
Jason M. Kuselias, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

Andrew M. Esposito, Jr.
3 Woodside Drive
Woodbridge, CT  06525

_____
Richard P. Weinstein

PROLAB\MOT AMD ANSWER CC\LMV

2