UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS E. ROARK, JOHN MORIN and DWIGHT OTIS, | CIVIL ACTION NO. 3:01CV02415 (AVC) |
| Plaintiffs, | |
| V. | |
| NATROL, INC. and ANDREW M. ESPOSITO, JR., | OCTOBER 17, 2003 |
| Defendants. | |

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO AMEND ANSWER TO COUNTERCLAIM**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the plaintiffs in the above-entitled matter have moved to amend their answer to the defendant Natrol's counterclaim. The proposed Amended Answer to Defendant Natrol's Counterclaim seeks to add additional affirmative defenses as a result of discovery that has been ongoing and information disclosed by way of the discovery process.

It is well established that, under Rule 15(a), leave to amend a party's pleadings "shall be freely given when justice so requires." See Foman v. Davis, 371 U.S. 178, 182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962). Here, the plaintiffs seek to amend their original Answer to the Counterclaim in order preserve defenses that have become apparent as a result of recent discovery depositions and other recently acquired information. Further, the plaintiffs do not believe that the

1

proposed amendment will cause any prejudice to the defendant, nor do the plaintiffs believe that the proposed amendment will cause any undue delay in these proceedings. Under these circumstances, it would appear that justice requires that the proposed amendment be allowed.

Accordingly, the plaintiffs' Motion to Amend Answer to Counterclaim should be granted.

> PLAINTIFFS,
>
> By_____
> Richard P. Weinstein, Esquire of
> WEINSTEIN & WISSER, P.C.
> 29 South Main Street, Suite 207
> West Hartford, CT  06107
> Telephone No. (860) 561-2628
> Federal Bar No. ct06215

2

## CERTIFICATION

This is to certify that on the 17th day of October, 2003, a copy of the foregoing was served upon:

Frank F. Coulom, Jr., Esquire
Jason M. Kuselias, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Andrew M. Esposito, Jr.
3 Woodside Drive
Woodbridge, CT 06525

_____
Richard P. Weinstein