UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Alfred V. Covello, U.S.D.J.
450 Main Street
Hartford
Chambers Room 125 - Annex

November 3, 2003

2:00 p.m.

CASE NO. **3:01CV2415 (AVC) Thomas E. Roark, et al v. Natrol, Inc.**

Frank F. Coulom
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Jason Marc Kuselias
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Richard P. Weinstein
Weinstein & Wisser, P.C.
29 S. Main St.
Ste. 207
West Hartford, CT 06107

Kerry Marc Wisser
Weinstein & Wisser, P.C.
29 S. Main St.
Ste. 207
West Hartford, CT 06107

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

PARTIES TO INITIATE CONFERENCE CALL & CONTACT CHAMBERS AT 860-240-3218