UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT      FILED

2003 NOV -6  A 11: 46

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| THOMAS E. ROARK, JOHN MORIN and DWIGHT OTIS | : |
| Plaintiff, | : CIVIL NO. 3:01CV02415 (AVC) |
| V. | : |
| NATROL, INC. and ANDREW M. ESPOSITO, JR., | : |
| Defendants. | : NOVEMBER 5, 2003 |

### PLAINTIFF'S MOTION FOR MODIFICATION OF SCHEDULING ORDER

The plaintiff in the above-entitled matter hereby moves the Court to amend the Scheduling Order as follows, in accordance with the telephonic conference of November 3, 2003:

### Proposed Deadlines

Plaintiff's disclosure of expert on or before October 31, 2003 (has been disclosed).

Depositions of fact and expert witnesses to be completed by January 5, 2004.

Dispositive motions to be filed on or before February 6, 2004.

WHEREFORE, the plaintiff requests that the modification of the Scheduling Order be approved by the Court.

- 1 -

PLAINTIFFS,

By_____
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone No. (860) 561-2628
Federal Bar No. ct06215

### CERTIFICATION

This is to certify that on the 5th day of November, 2003, a copy of the foregoing was served upon:

Frank F. Coulom, Jr., Esquire
Jason M. Kuselias, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

_____
Richard P. Weinstein

PROLAB\MOT MOD SCH ORD 3RD\LMV