

#49

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS E. ROARK, JOHN MORIN and DWIGHT OTIS | : | CIVIL NO. 3:01CV02415 (AVC) |
| Plaintiff, | : | |
| V. | : | |
| NATROL, INC. and ANDREW M. ESPOSITO, JR., | : | |
| Defendants. | : | NOVEMBER 5, 2003 |



November 7, 2003. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

### PLAINTIFF'S MOTION FOR MODIFICATION OF SCHEDULING ORDER

The plaintiff in the above-entitled matter hereby moves the Court to amend the Scheduling Order as follows, in accordance with the telephonic conference of November 3, 2003:

**Proposed Deadlines**

Plaintiff's disclosure of expert on or before October 31, 2003 (has been disclosed).

Depositions of fact and expert witnesses to be completed by January 5, 2004.

Dispositive motions to be filed on or before February 6, 2004.

WHEREFORE, the plaintiff requests that the modification of the Scheduling Order be approved by the Court.

- 1 -