IN WITNESS WHEREOF, the undersigned have executed this Cross Receipt as of the date first set forth above.

NATROL, INC.

By: _____
Name: Elliot Balbert
Title: President and Chief Executive Officer

PROLAB NUTRITION, INC.

By: _____
Name:
Title:

STOCKHOLDERS:

_____
Thomas E. Roark

_____
John Yves Morin

_____
Dwight Otis

IN WITNESS WHEREOF, the parties hereto have executed or caused this Agreement to be executed as of the date set forth above.

[CORPORATE SEAL]                NATROL, INC.

ATTEST:

_____         By: _____
                                    Name:
                                    Title:

[CORPORATE SEAL]                PROLAB NUTRITION, INC.

ATTEST:

_____         By: *Thomas E. Roark* (signature)
                                    Name: Thomas E. Roark
                                    Title:

STOCKHOLDERS:

*Thomas E. Roark* (signature)
Thomas E. Roark

*John Yves Morin* (signature)
John Yves Morin

*Dwight Otis* (signature)
Dwight Otis

_Andrew M. Esposito, Jr._

Exhibit A

| Name | Total Shares of Stock |
|---|---|
| Thomas E. Roark | 189 |
| John Yves Morin | 189 |
| Dwight Otis | 44 |
| Andrew M. Esposito, Jr. | 22 |

DOCSC\803112.1