UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 11  P 12: 21

US DISTRICT COURT
HARTFORD CT

THOMAS E. ROARK, JOHN MORIN and
DWIGHT OTIS,

    Plaintiffs,

V.

NATROL, INC. and ANDREW M.
ESPOSITO, JR.,

    Defendants.

CIVIL NO. 3:01CV02415 (AVC)

DECEMBER 11, 2003

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

The parties in the above-entitled matter hereby move the Court to modify the Scheduling Order. The parties had a telephonic conference on November 3, 2003 with the Court pursuant to which the discovery deadline was extended to January 5, 2004 and the dispositive motion deadline extended to February 6, 2004. The parties have taken numerous depositions since November 3, 2003, including depositions of out-of-state witnesses, but still have at least a dozen more depositions to complete. Among those to be deposed are a number of out-of-state witnesses and third parties.

In addition to the arduous depositions schedule, the parties are still completing supplemental documentary exchange. Also, there is a discovery dispute briefed and pending before the Court which may impact on discovery.

Accordingly, the parties seek to modify the Scheduling Order as follows:

HART1-1146246-1

**Current Deadlines**

3.   <u>all</u> discovery, including depositions of <u>all</u> witnesses, shall be completed by January 5, 2004;

6.   depositions of all the plaintiffs' experts be completed by January 5, 2004; and,

7.   dispositive motions shall be filed on or before February 6, 2004.

**Proposed Deadlines**

3.   <u>all</u> discovery, including depositions of <u>all</u> witnesses, shall be completed by March 8, 2004;

6.   depositions of all the plaintiffs' experts shall be completed by March 8, 2004; and,

7.   dispositive motions shall be filed on or before April 5, 2004.

WHEREFORE, the parties request that the modification of the Scheduling Order proposed by the parties be approved by the Court. Counsel for the plaintiffs has indicated that he consents and joins in this motion.

| PLAINTIFFS, | DEFENDANT, |
|---|---|
| THOMAS E. ROARK, JOHN MORIN and DWIGHT OTIS | NATROL, INC. |
| By _____ | By _____ |
| Richard P. Weinstein (ct06215) | Frank F. Coulom, Jr. (ct05230) |
| Kerry M. Wisser (ct01205) | Jason M. Kuselias (ct20293) |
| Weinstein & Wisser, P.C. | Robinson & Cole LLP |
| 29 South Main Street, Suite 207 | 280 Trumbull Street |
| West Hartford, CT 06107 | Hartford, CT 06103-3597 |
| Telephone No. (860) 561-2628 | Telephone No. (860) 275-8200 |
| Facsimile No. (860) 521-6150 | Facsimile No. (860) 275-8299 |

HART1-1146246-1