

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 11  P 12: 21

US DISTRICT COURT
HARTFORD CT

THOMAS E. ROARK, JOHN MORIN and
DWIGHT OTIS,

     Plaintiffs,

V.

NATROL, INC. and ANDREW M.
ESPOSITO, JR.,

     Defendants.

:
:
:
:
:
:
:
:
:
:
:

CIVIL NO. 3:01CV02415 (AVC)

DECEMBER 11, 2003

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

The parties in the above-entitled matter hereby move the Court to modify the Scheduling Order. The parties had a telephonic conference on November 3, 2003 with the Court pursuant to which the discovery deadline was extended to January 5, 2004 and the dispositive motion deadline extended to February 6, 2004. The parties have taken numerous depositions since November 3, 2003, including depositions of out-of-state witnesses, but still have at least a dozen more depositions to complete. Among those to be deposed are a number of out-of-state witnesses and third parties.

In addition to the arduous depositions schedule, the parties are still completing supplemental documentary exchange. Also, there is a discovery dispute briefed and pending before the Court which may impact on discovery.

Accordingly, the parties seek to modify the Scheduling Order as follows:

*December 12, 2003. GRANTED.
SO ORDERED.*

*Alfred V. Covello, U.S.D.J.*

HART1-1146246-1