# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS E. ROARK, JOHN MORIN and DWIGHT OTIS, | CIVIL ACTION NO. 3:01CV02415 (AVC) |
| Plaintiffs, | |
| VS. | |
| NATROL, INC. and ANDREW M. ESPOSITO, JR., | JANUARY 8, 2004 |
| Defendants. | |

## MOTION TO COMPEL AND FOR SANCTIONS

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the plaintiffs in the above-entitled matter hereby move the Court for an Order compelling the defendant Natrol, Inc. (a) to produce the documentation referenced in the Notice of Deposition dated November 10, 2003 in regard to the designation of a witness to be deposed pursuant to Rule 30(b)(6), and (b) to produce an appropriate witness (or witnesses) with knowledge in regard to the items set forth in said Notice of Deposition pursuant to Rule 30(b)(6) notice, including a witness (or witnesses) who can answer specifically about the facts supporting the allegations of defendant Natrol's counterclaim.

In support of this Motion, the plaintiffs rely on the accompanying Memorandum of Law and upon the attached affidavit of counsel.

1

The plaintiffs also request that the Court impose sanctions in the amount of $5,000, for the dilatory conduct of the defendant Natrol, as is more fully set forth in the accompanying memorandum of law.

PLAINTIFFS,

By /s/
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct06215

## CERTIFICATION

This is to certify that on the 8th day of January, 2004, a copy of the foregoing was served upon:

Frank F. Coulom, Jr., Esquire
Jason M. Kuselias, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

Mr. Andrew M. Esposito, Jr.
3 Woodside Drive
Woodbridge, CT  06525

_____
Richard P. Weinstein

PROLAB\MOT COMPEL SANCTIONS\LMV