## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS E. ROARK, JOHN MORIN and DWIGHT OTIS, | : CIVIL ACTION NO.<br>: 3:01CV02415 (AVC) |
| Plaintiffs, | : |
| VS. | : |
| NATROL, INC. and ANDREW M. ESPOSITO, JR., | : JANUARY 8, 2004 |
| Defendants. | : |

### AFFIDAVIT OF COUNSEL CONCERNING MOTION TO COMPEL

The undersigned, Richard P. Weinstein, having been duly sworn, hereby deposes and says:

1. I am over the age of eighteen years.

2. I understand and believe in the obligations of an oath.

3. I am counsel for the plaintiffs in the above-entitled matter.

4. I make this affidavit pursuant to Local Rule 37(a)2 concerning the subject matter of the accompanying Motion to Compel.

5. I have conferred with counsel for the defendant Natrol, Inc. in an effort in good faith to resolve by way of agreement the issues raised by the motion without the intervention of the Court, but have been unable to reach such an agreement.

_____
Richard P. Weinstein

Sworn to and subscribed before me on this the 8th day of January, 2004.

_____
L.M. Vosburgh
Notary Public

**L. M. VOSBURGH**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES FEB. 28, 2005