# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS E. ROARK, JOHN MORIN and DWIGHT OTIS, | CIVIL ACTION NO. 3:01CV02415 (AVC) |
| Plaintiffs, | |
| VS. | |
| NATROL, INC. and ANDREW M. ESPOSITO, JR., | JANUARY 8, 2004 |
| Defendants. | |

## MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFFS' MOTIONS TO COMPEL

Contemporaneously herewith, the plaintiffs are filing a Motion to Compel and for Sanctions in regard to the failure and refusal of defendant Natrol, Inc. to produce requested documents and to designate or otherwise provide an appropriate witness or witnesses for purposes of deposition examination pursuant to Rule 30(b)(6). A separate failure of the defendant to provide requested documents is the subject of another Motion to Compel (dated October 28, 2003) that is pending before the Court for adjudication. The discovery that is the subject of those motions is vital to the plaintiffs' preparation of the case. Yet, the defendant has failed to cooperate in regard to the same.

Because discovery proceedings in this case have come to a standstill due to the facts and circumstances described in the aforementioned motions, and because the March 8 deadline to complete discovery is fast approaching, the plaintiffs hereby

1

respectfully request that the Court expedite its consideration of these pending motions so that the plaintiff may complete the discovery contemplated by those motions as soon as possible after the Court has issued its rulings.

PLAINTIFFS,

By _____
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct06215

## CERTIFICATION

This is to certify that on the 8th day of January, 2004, a copy of the foregoing was served upon:

Frank F. Coulom, Jr., Esquire
Jason M. Kuselias, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Mr. Andrew M. Esposito, Jr.
3 Woodside Drive
Woodbridge, CT 06525

_____
Richard P. Weinstein

2