

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS E. ROARK, JOHN MORIN and DWIGHT OTIS, | CIVIL ACTION NO. 3:01CV02415 (AVC) |
| Plaintiffs, | |
| VS. | |
| NATROL, INC. and ANDREW M. ESPOSITO, JR., | JANUARY 8, 2004 |
| Defendants. | |

## MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFFS' MOTIONS TO COMPEL

Contemporaneously herewith, the plaintiffs are filing a Motion to Compel and for Sanctions in regard to the failure and refusal of defendant Natrol, Inc. to produce requested documents and to designate or otherwise provide an appropriate witness or witnesses for purposes of deposition examination pursuant to Rule 30(b)(6). A separate failure of the defendant to provide requested documents is the subject of another Motion to Compel (dated October 28, 2003) that is pending before the Court for adjudication. The discovery that is the subject of those motions is vital to the plaintiffs' preparation of the case. Yet, the defendant has failed to cooperate in regard to the same.

Because discovery proceedings in this case have come to a standstill due to the facts and circumstances described in the aforementioned motions, and because the March 8 deadline to complete discovery is fast approaching, the plaintiffs hereby

1

---

January 15, 2004. GRANTED. The court will consider the pending motion to compel within the next 48 hours and will consider the merits of the contemporaneously filed motion as soon as an opposition memo has been filed. Counsel are requested to submit a chambers copy of both the motion and opposition memorandum.

SO ORDERED.

Alfred V. Covello, U.S.D.J.