

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

FILED

2003 OCT 29 A 11: 18

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| THOMAS E. ROARK, JOHN MORIN and DWIGHT OTIS, | CIVIL ACTION NO. 3:01CV02415 (AVC) |
| Plaintiffs, | |
| V. | |
| NATROL, INC. and ANDREW M. ESPOSITO, JR., | OCTOBER 28, 2003 |
| Defendants. | |

## MOTION TO COMPEL

The plaintiffs in the above-entitled matter hereby move the Court to compel defendant Natrol, Inc. to produce certain documentation in connection with the "due diligence" that it conducted prior to its acquisition of Prolab Nutrition, Inc. on October 8, 1999. In particular, regarding the period of time prior to its acquisition of Prolab, defendant Natrol should be compelled to disclose any internal analysis of, or opinion letters provided to it concerning, Prolab's labeling of its products and/or the efficacy of Prolab's products and whether or not the products of Prolab were compliant with applicable federal and state laws, together with all correspondence related thereto.

January 22 2004 The motion is denied for substantially the same reasons set forth in the defendant, Natrol Inc.'s, opposition memorandum.
SO ORDERED

Alfred V. Covello U.S.D.J.

1