February 24, 2004. As counsel has reported to the court, that the issues herein are subject to good faith negotiation and that no attention is required of the court at this time, the court shall deny the motion without prejudice to its refiling in the event there are issues remaining that cannot be resolved by agreement of counsel.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS E. ROARK, JOHN MORIN and DWIGHT OTIS, | : | CIVIL ACTION NO. 3:01CV02415 (AVC) |
| Plaintiffs, | : | |
| VS. | : | |
| NATROL, INC. and ANDREW M. ESPOSITO, JR., | : | JANUARY 8, 2004 |
| Defendants. | : | |

### MOTION TO COMPEL AND FOR SANCTIONS

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the plaintiffs in the above-entitled matter hereby move the Court for an Order compelling the defendant Natrol, Inc. (a) to produce the documentation referenced in the Notice of Deposition dated November 10, 2003 in regard to the designation of a witness to be deposed pursuant to Rule 30(b)(6), and (b) to produce an appropriate witness (or witnesses) with knowledge in regard to the items set forth in said Notice of Deposition pursuant to Rule 30(b)(6) notice, including a witness (or witnesses) who can answer specifically about the facts supporting the allegations of defendant Natrol's counterclaim.

In support of this Motion, the plaintiffs rely on the accompanying Memorandum of Law and upon the attached affidavit of counsel.

1