FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS E. ROARK, JOHN MORIN and
DWIGHT OTIS,                                    :

     Plaintiffs,                                  :        CIVIL NO. 3:01CV02415 (AVC)

                                  :

V.                                              :

                                    :

NATROL, INC. and ANDREW M.
ESPOSITO, JR.,                                  :

     Defendants.                                  :        FEBRUARY 25, 2004

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

     The parties in the above-entitled matter hereby move the Court to modify the Scheduling Order, for the reasons that there remain numerous areas of discovery left to be completed, notwithstanding the fact that the parties have taken more than a half a dozen depositions since the last request for an extension, and extensive additional documentation has been provided to the plaintiffs. However, as a result of depositions, there are probably at least six to twelve more depositions that have to be taken, and those depositions have been difficult for the parties to arrange because they involve individuals from various parts of the country, some of whom have moved from state to state, and process servers have had difficulty securing forwarding addresses and making satisfactory service. At least one of the individuals on the West Coast undoubtedly has to be deposed in person as opposed to telephonically. Further, there are still additional discovery issues involving documents which remain to be resolved between the parties.

However, the parties are continuing to try to work through those issues.  In light of the aforesaid, the parties request at least a sixty (60) day extension of discovery through May 10, 2004.

Accordingly, the parties seek to modify the Scheduling Order as follows:

**Current Deadlines**

3.      all discovery, including depositions of all witnesses, shall be completed by March 8, 2004;

6.      depositions of all the plaintiffs' experts be completed by March 8, 2004; and,

7.      dispositive motions shall be filed on or before April 5, 2004.

**Proposed Deadlines**

3.      all discovery, including depositions of all witnesses, shall be completed by May 10, 2004;

6.      depositions of all the plaintiffs' experts shall be completed by May 10, 2004; and,

7.      dispositive motions shall be filed on or before June 7, 2004.

WHEREFORE, the parties request that the modification of the Scheduling Order proposed by the parties be approved by the Court.  Counsel for the defendant has indicated that he consents and joins in this motion.

PLAINTIFFS,
THOMAS E. ROARK, JOHN MORIN
and DWIGHT OTIS

By _____
Richard P. Weinstein  (ct06215)
Kerry M. Wisser  (ct01205)
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150

## CERTIFICATION

This is to certify that on the 25th day of February, 2004, a copy of the foregoing was served upon:

Frank F. Coulom, Jr., Esquire
Jason M. Kuselias, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

_____
Richard P. Weinstein

PROLAB\IT MOT EXTEND NEXT\LMV