UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS E. ROARK, JOHN MORIN and DWIGHT OTIS, | : | |
| Plaintiffs, | : | CIVIL NO. 3:01CV02415 (AVC) |
| V. | : | |
| NATROL, INC. and ANDREW M. ESPOSITO, JR., | : | |
| Defendants. | : | FEBRUARY 25, 2004 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

The parties in the above-entitled matter hereby move the Court to modify the Scheduling Order, for the reasons that there remain numerous areas of discovery left to be completed, notwithstanding the fact that the parties have taken more than a half a dozen depositions since the last request for an extension, and extensive additional documentation has been provided to the plaintiffs. However, as a result of depositions, there are probably at least six to twelve more depositions that have to be taken, and those depositions have been difficult for the parties to arrange because they involve individuals from various parts of the country, some of whom have moved from state to state, and process servers have had difficulty securing forwarding addresses and making satisfactory service. At least one of the individuals on the West Coast undoubtedly has to be deposed in person as opposed to telephonically. Further, there are still additional discovery issues involving documents which remain to be resolved between the parties.

HART1-1146246-1

February 27, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.