```
            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
```

Settlement Conference Calendar
Honorable J. Read Murphy, PJO
450 Main Street, Hartford, CT

Chambers Room #125 - Annex

**April 28, 2004**
**2:00 p.m.**

NOTICE TO COUNSEL:  ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION.  <u>EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.</u>

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT <u>TO CHAMBERS</u> A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.


3:01CV02415 (AVC) <u>Prolab v. Natrol</u>

Frank F. Coulom Jr.
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Jason Marc Kuselias
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Richard P. Weinstein
Weinstein & Wisser, P.C.
29 S. Main St.
Ste. 207
West Hartford, CT 06107

Kerry Marc Wisser
Weinstein & Wisser, P.C.
29 S. Main St.
Ste. 207
West Hartford, CT 06107

                              BY ORDER OF THE COURT

                              KEVIN F. ROWE, CLERK