UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS E. ROARK, JOHN MORIN and DWIGHT OTIS | : | |
| Plaintiffs, | : | |
| V. | : | CIVIL NO. 3:01CV02415 (AVC) |
| NATROL, INC. and ANDREW M. ESPOSITO, JR., | : | |
| Defendants. | : | APRIL 1, 2004 |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiffs, Thomas E. Roark, John Morin and Dwight Otis, and the defendant and counterclaimant, Natrol, Inc., hereby stipulate to a dismissal with prejudice of all claims and counterclaims in this case, each party to bear its own costs and expenses. This Stipulation of Dismissal with prejudice is with respect to all parties and their current and former owners, predecessors, successors, assigns, providers, agents, directors, officers, employees, shareholders, representatives, attorneys, parent companies, divisions, subsidiaries and affiliates.

April 7, 2004.  SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED 2004 APR -7 P 1:3
U.S. DISTRICT COURT
HARTFORD, CT.

HART1-1170636-1