UNITED STATES DISTRICT COURT  FILED
DISTRICT OF CONNECTICUT

2004 APR 12 P 1: 36

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| THOMAS E. ROARK, JOHN MORIN and DWIGHT OTIS | : |
| Plaintiffs, | : CIVIL NO. 3:01CV02415 (AVC) |
| V. | : |
| NATROL, INC. and ANDREW M. ESPOSITO, JR., | : |
| Defendants. | : APRIL 8, 2004 |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiffs, Thomas E. Roark, John Morin and Dwight Otis, hereby dismiss the above-entitled matter as to the defendant Andrew Esposito with prejudice of all claims and counterclaims in this case, each party to bear its own costs and expenses. This Stipulation of Dismissal with prejudice is with respect to all parties and their current and former owners, predecessors, successors, assigns, providers, agents, directors, officers, employees, shareholders, representatives, attorneys, parent companies, divisions, subsidiaries and affiliates.

HART1-1170636-1

PLAINTIFFS,
THOMAS E. ROARK, JOHN MORIN and
DWIGHT OTIS

By _____
Richard P. Weinstein (ct06215)
Kerry M. Wisser (ct01205)
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Tel: 860-561-2628
Fax: 860-521-6150

### CERTIFICATION

This is to certify that on the 8th day of April, 2004, a copy of the foregoing Notice of Dismissal was served upon:

Jason M. Kuselias, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

Andrew M. Esposito, Jr.
3 Woodside Drive
Woodbridge, CT  06525

_____
Richard P. Weinstein

PROLAB\NOT DISMISSAL ESPOSITO\LMV

HART1-1170636-1