UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROARK

V.                                              Case Number: 01CV 2415(AVC)

NATROL, INC

**ORDER**

\_\_\_\_\_**Stipulation for Dismissal of Case** Doc. # **69** - **ORDERED ACCORDINGLY**

Dated at Hartford, Connecticut, April 14, 2004.

KEVIN F. ROWE, CLERK

By: _____
    FIDELIS BASILE
    Deputy Clerk